IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Whitley, James | Case Number:  07 B 22965 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/25/08 | Filed:  12/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 7, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 2. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 500.00 | 0.00 |
| 4. | Capital One | Unsecured | | No Claim Filed |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 6. | AT&T Wireless | Unsecured | | No Claim Filed |
| 7. | CB USA Sears | Unsecured | | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 10. | M & L Acceptance | Unsecured | | No Claim Filed |
| 11. | FCNB MC | Unsecured | | No Claim Filed |
| 12. | Home Depot | Unsecured | | No Claim Filed |
| 13. | Medicredit Corporation | Unsecured | | No Claim Filed |
| 14. | Household | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | Bank First | Unsecured | | No Claim Filed |
| 17. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| 19. | T Mobile USA | Unsecured | | No Claim Filed |
| 20. | Sears | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 500.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Whitley, James

Printed:  3/25/08

Case Number:  07 B 22965
Judge:  Wedoff, Eugene R
Filed:  12/7/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

